PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>RUDY ESQUEDA,<br><br>        Defendant. | Case No. 1:14-mj-00159-SAB<br><br>MOTION AND ORDER FOR DISMISSAL AND WARRANT RECALL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 1:14-mj-00159-SAB against RUDY ESQUEDA, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and further requests that the warrant be recalled.

DATED: January 8, 2025                                    Respectfully submitted,

                                                                          PHILLIP A. TALBERT
                                                                          United States Attorney

                                                          By:   /s/ *Jeffrey A. Spivak*
                                                                          JEFFREY A. SPIVAK
                                                                          Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:14-mj-00159-SAB against RUDY ESQUEDA, be dismissed, without prejudice and that the warrant be recalled, in the interest of justice.

IT IS SO ORDERED.

Dated:   **January 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge